**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| EVERGREEN INTERNATIONAL, INC. AND BORZYNSKI BROS. DISTRIBUTING, INC., PLAINTIFFS, vs. NICHOLAS HARISIADIS AND ERROL SUKRU, DEFENDANTS. | FILED: APRIL 25, 2008<br>08CV2350 EDA<br>JUDGE SHADUR<br>MAGISTRATE JUDGE DENLOW |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFFS, EVERGREEN INTERNATIONAL, INC. AND BORZYNSKI BROS. DISTRIBUTING, INC.

| NAME (Type or print) |
|---|
| Steven M. De Falco |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Steven M. De Falco |

| FIRM |
|---|
| Meuers Law Firm, P.L. |

| STREET ADDRESS |
|---|
| 5395 Park Central Court |

| CITY/STATE/ZIP |
|---|
| Naples, FL  34109 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| Illinois Bar No. 6281265<br>Florida Bar No. 0733571 | (239) 513-9191 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [xxx] | NO [ ] |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ] | NO [xxxx] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [ ] | NO [xxxx] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [xxx] | NO [ ] |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL [ ]    APPOINTED COUNSEL [ ]