UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **EVERGREEN INTERNATIONAL, INC.,** an Illinois corporation, and **BORZYNSKI BROS. DISTRIBUTING, INC.,** a Wisconsin corporation,<br><br>    Plaintiffs,<br><br>    vs.<br><br>**NICHOLAS HARISIADIS,** an individual, and **ERROL SUKRU,** an individual,<br><br>    Defendants. | Case No.: 08-2350<br><br><br>**DISCLOSURE STATEMENT** |

Pursuant to Federal Rules of Civil Procedure 7.1 and Local Rule 3.2, undersigned counsel for Plaintiffs, Evergreen International, Inc. and Borzynski Bros. Distributing, Inc., certifies that there are no corporate parents, affiliates and/or subsidiaries of Plaintiffs that are publicly held.

A supplemental disclosure statement will be filed upon any change in the information provided.

//

//

//

//

//

//

Respectfully submitted on this 25th day of April, 2008.

**MEUERS LAW FIRM, P.L.**

By: /s/ Steven M. De Falco
Steven M. De Falco, Esq.
Ill. Bar No. 6281265/
Fla. Bar No. 0733571
5395 Park Central Court
Naples, FL  34109
Telephone: (239) 513-9191
Facsimile: (239) 513-9677
sdefalco@meuerslawfirm.com

Attorneys for Plaintiffs