UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Evergreen International, Inc., et al.
                        Plaintiff,

v.                                       Case No.: 1:08–cv–02350
                                       Honorable Milton I. Shadur

Nicholas Harisiadis, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 28, 2008:

      MINUTE entry before Judge Honorable Milton I. Shadur:Enter Memorandum Order. Accordingly this Court's view is that one or other other must be dismissed from this action (without prejudice, of course). If counsel for Evergreen and Brozynski has authority to support their joinder rather than their having to file separate actions, counsel is ordered to file a memorandum in that respect on or before May 9, 2008. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.