UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Evergreen International, Inc., et al.
                             Plaintiff,

v.                                          Case No.: 1:08−cv−02350
                                            Honorable Milton I. Shadur

Nicholas Harisiadis, et al.
                             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 13, 2008:

MINUTE entry before Judge Honorable Milton I. Shadur:Enter Memorandum Order. Accordingly this Court renews its directive in the Order that one or the other of Evergreen and Borzynski must be dismissed from this action without prejudice. No change will be made in the previously−scheduled June 12 status hearing, which will proceed with the plaintiff that remains in the case. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.