UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EVERGREEN INTERNATIONAL, INC., et al.,<br><br>　　Plaintiffs,<br><br>vs.<br><br>NICHOLAS HARISIADIS, et al.,<br><br>　　Defendants. | Case No.: 08 C 2350 |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**PLEASE TAKE NOTICE** that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and this Court's Memorandum Order dated May 13, 2008 [Docket No. 14], Plaintiff Borzynski Bros. Distributing, Inc. voluntarily dismisses its claims against Defendants Nicholas Harisiadis and Errol Sukru without prejudice. Each party is to bear its own costs.

This matter will continue on behalf of Plaintiff Evergreen International, Inc. against Defendants, Nicholas Harisiadis and Errol Sukru.

//

//

//

//

//

//

Respectfully submitted on this 16th day of May, 2008.

**MEUERS LAW FIRM, P.L.**

By: /s/ Steven M. De Falco
Steven M. De Falco, Esq.
Ill. Bar No. 6281265/
Fla. Bar No. 0733571
5395 Park Central Court
Naples, FL   34109
Telephone: (239) 513-9191
Facsimile: (239) 513-9677
sdefalco@meuerslawfirm.com

*Attorneys for Plaintiffs*