UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EVERGREEN INTERNATIONAL, INC., an Illinois corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NICHOLAS HARISIADIS, an individual, and ERROL SUKRU, an individual,<br><br>Defendants. | Case No.: 08 C 2350 |

### WAIVER OF SERVICE OF SUMMONS

TO:   Steven M. De Falco, Esq.
      MEUERS LAW FIRM, P.L.
      5395 Park Central Court
      Naples, Florida 34109

I, Sanjay Shivpuri, Esq., acknowledge receipt of your request that I waive service of a summons for the Defendant Nicholas Harisiadis in the action of Evergreen International, Inc. v. Nicholas Harisiadis, et al., which is case number 08 C 2350 in the United States District Court for the Northern District of Illinois.

I have also received a copy of the First Amended Complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the First Amended Complaint in this lawsuit by not requiring that Defendant Nicholas Harisiadis be served with judicial process in the manner provided by Rule 4.

Defendant Nicholas Harisiadis will retain all defenses or objections to the lawsuit

or to the jurisdiction or venue of the court excepting for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against the Defendant Nicholas Harisiadis, if an answer or motion under Rule 12 is not served upon you within 60 days after May 16, 2008, or within 90 days after that date if the request was sent outside the United States.

_May 21, 2008_
Date

_/s/ Sanjay Shivpuri_
Sanjay Shivpuri, Esq.