UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **EVERGREEN INTERNATIONAL, INC.,** <br><br> **Plaintiff,** <br><br> vs. <br><br> **NICHOLAS HARISIADIS, et al.,** <br><br> **Defendants.** | Case No.:  08 C 2350 <br><br><br><br> Date:   June 11, 2008 <br> Time:   9:15 a.m. <br> Judge:  Milton I. Shadur |

**JOINT MOTION TO POSTPONE THE JUNE 12, 2008 RULE 16(b)
SCHEDULING CONFERENCE**

Plaintiff, Evergreen International, Inc. ("Evergreen International"), and Defendants, Nicholas Harisiadis and Errol Sukru, by and through their undersigned counsel, jointly file this Motion to Postpone the Rule 16(b) Scheduling Conference, and respectfully state the following:

1.  On April 28, 2008, this Court entered an Order, scheduling a Rule 16(b) Scheduling Conference for June 12, 2008.  [Docket No. 11].

2.  Pursuant to this Court's Memorandum Order dated May 13, 2008, former Plaintiff, Borzynski Bros. Distributing, Inc., filed its Notice of Voluntary Dismissal without Prejudice on May 16, 2008.  [Docket No. 15].

3.  On that same date, Plaintiff, Evergreen International, Inc., filed its First Amended Complaint against Defendants.  [Docket No. 16].

4.  Counsel for Defendants agreed to accept service on behalf of Defendants.  Thus, on May 16, 2008, Plaintiff served a Notice of Lawsuit and Request for Waiver of Service of Summons upon Defendants' counsel, who

executed the Waiver of Service on May 21, 2008. Defendants now have until July 15, 2008 to file their Answer to the First Amended Complaint. [Docket Nos. 17 and 18].

5. Counsel for Plaintiff and Defendants have spoken regarding the Perishable Agricultural Commodities Act of 1930 ("PACA"), the basis of Evergreen International's claim, and Defendants' defenses.

6. During these conversations, Defendants' counsel discussed Defendants' insurance policies, under which they have submitted claims with their carriers in connection with their roles at SFIROS, Inc. d/b/a Nat's Garden Produce & Taterman and Plaintiff's claim at issue. It is expected that the insurance carriers will notify Defendants of their positions within the next thirty days.

7. The parties submit that until the insurance carriers formally issue either acceptance or denial of Defendants' claims, the June 12, 2008 Rule 16(b) Scheduling Conference should be postponed eight (8) weeks to August 7, 2008.

8. This additional time will provide an opportunity for the parties to continue their discussions for settlement.

9. In the event a settlement is not reached by the parties, Defendants will have an opportunity to file an Answer by the July 15, 2008 deadline, thereby enabling the parties to formulate a discovery plan to address any disputes.

10. Based upon the foregoing, the parties submit that postponing the scheduling conference would be in the best interests of judicial economy.

FOR THESE REASONS, Plaintiff and Defendants respectfully request this Honorable Court enter an Order postponing the June 12, 2008 Scheduling Conference eight weeks to on or about August 7, 2008.

Stipulated by the parties:

Dated:  June 5, 2008                                          Dated:  June 5, 2008

By:   /s/ Steven M. De Falco                          By:    /s/ Sanjay Shivpuri
    Steven M. De Falco, Esq.                        Sanjay Shivpuri, , Esq.
    Ill. Bar No. 6281265/                                    Chuhak & Tecson, P.C.
    Fla. Bar No. 0733571                                   30 South Wacker Drive, 26th Floor
    5395 Park Central Court                              Chicago, IL 60606
    Naples, FL   34109                                       Telephone:  (312) 849-4134
    Telephone: (239) 513-9191                         Facsimile:  (312) 444-9027
    Facsimile: (239) 513-9677                           sshivpuri@chuhak.com
    sdefalco@meuerslawfirm.com

*Attorneys for Plaintiff, Evergreen International, Inc.*

*Attorneys for Defendants, Nicholas Harisiadis and Errol Sukru*