UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EVERGREEN INTERNATIONAL, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>NICHOLAS HARISIADIS, et al.,<br><br>Defendants. | Case No.:  08 C 2350<br><br><br><br>Date:   June 11, 2008<br>Time:   9:15 a.m.<br>Judge:  Milton I. Shadur |

## NOTICE OF PRESENTMENT OF AGREED MOTION

PLEASE TAKE NOTICE that on Thursday, June 05, 2008, **AGREED MOTION TO POSTPONE THE JUNE 12, 2008 RULE 16(b) SCHEDULING CONFERENCE** was filed.

PLEASE TAKE FURTHER NOTICE that in accordance with the Court's Individual Rules of Practice, this matter is set for hearing on June 11, 2008 at 9:15 a.m. before the Honorable Milton I. Shadur at Everett McKinley Dirksen Building, Room 2303, 219 South Dearborn Street, Chicago, IL  60604 unless counsel has received a written ruling or the court has told a party that it need not appear.

Respectfully submitted on this 5th day of June, 2008.

**MEUERS LAW FIRM, P.L.**

By:     /s/ Steven M. De Falco
       Steven M. De Falco, Esq.
       Ill. Bar No. 6281265/
       Fla. Bar No. 0733571
       5395 Park Central Court
       Naples, FL   34109
       Telephone: (239) 513-9191
       Facsimile: (239) 513-9677
       sdefalco@meuerslawfirm.com

Attorneys for Plaintiff