

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2350 | **DATE** | 6/6/2008 |
| **CASE TITLE** | Evergreen International vs. Nicholas Harisiadis | | |

**DOCKET ENTRY TEXT**

Agreed motion to postpone the June 12 status date is granted. (19-1) Enter Order. A status hearing is set for August 7, 2008 at 9:00 a.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.



| | | Courtroom Deputy Initials: | SN |
|---|---|---|---|