

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

EVERGREEN INTERNATIONAL, INC.,     Case No. 08 C 2350

    Plaintiff,                         HONORABLE MILTON I. SHADUR

vs.

NICHOLAS HARISIADIS, et al.,

    Defendants

### ~~PROPOSED~~ ORDER GRANTING JOINT MOTION TO POSTPONE THE JUNE 12, 2008 RULE 16 SCHEDULING CONFERENCE

Presently before this Court is the Joint Motion to Postpone the June 12, 2008 Rule 16(b) Scheduling Conference. Having considered the Motion and being otherwise fully advised in the premises,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. The Joint Motion to Postpone the June 12, 2008 Rule 16(b) Scheduling Conference is granted.

2. The June 12, 2008 Rule Scheduling Conference is rescheduled to __Aug 7__, 2008 at 9:00 a.m.

3. Plaintiff's counsel must fax a copy of this Order to Defendants' counsel, Sanjay Shivpuri, Esq., by the close of business today.

SO ORDERED AND ADJUDGED this the __6__ day of June, 2008.

                                                         Honorable Milton I. Shadur
                                                       UNITED STATES DISTRICT JUDGE