IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EVERGREEN INTERNATIONAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08-cv-2350 |
| | ) | |
| v. | ) | Judge Shadur |
| | ) | |
| NICHOLAS HARISIADIS and | ) | Magistrate Judge Denlow |
| ERROL SUKRU, | ) | |
| | ) | |
| Defendants. | ) | |

DEFENDANTS' MOTION TO REFER CASE TO MAGISTRATE FOR
SETTLEMENT CONFERENCE AND TO STAY LITIGATION PENDING
SETTLEMENT CONFERENCE

Defendants Nicholas Harisiadis and Errol Sukru, by their counsel, respectfully request this Court refer this case to Magistrate Judge Denlow for a settlement conference and stay further litigation pending the settlement conference. In support, Messrs. Harisiadis and Sukru state:

*Motion to Refer Case to Magistrate for Settlement Conference*

1.      This case arises out of $4,375 of unpaid invoices for the sale of fruits and/or vegetables. The produce was sold in late 2007 and early 2008 by the Plaintiff to Nat's Garden Produce, a company operated by Messrs. Harisiadis and Sukru.

2.      Nat's Garden Produce has gone out of business. A Chapter 7 bankruptcy is proceeding in the United States Bankruptcy Court for the Northern District of Illinois, Case No. 08-2918.

3.      In this action, Plaintiff pursues Messrs. Harisiadis and Sukru in their personal capacity for the unpaid $4,375. Plaintiff bases its claim against the individual

defendants on the Perishible Agricultural Commodities Act, 7 U.S.C. § 499a, *et seq*.

4. Messrs. Harisiadis and Sukru desire to settle this matter rather than litigate.

5. Messrs. Harisiadis and Sukru have already issued a settlement offer to the Plaintiff and are awaiting a response.

6. Messrs. Harisiadis and Sukru respectfully request a settlement conference with Magistrate Denlow to continue settlement discussions and resolve this matter.

*Motion to Stay Litigation Pending Settlement Conference*

7. The amount at issue in this case is $4,375. Litigating this matter will quickly result in attorneys' fees and costs exceeding the amount at issue. For example, the Defendants answer in this case is due on or about July 15, 2008, and drafting an answer to the pending 9 page amended complaint will likely cost approximately $1,000, which money could be put towards settlement.

8. Further, both Messrs. Harisiadis and Sukru have limited financial resources. Mr. Harisiadis resides in Hanover Park, Illinois and is employed by his church as a cantor. Mr. Sukru is 72 years old, unemployed, and lives with his 78 year old wife in a condominium in the City of Chicago. To make even their initial settlement offer, Messrs. Harisiadis and Sukru were relying on money borrowed from relatives.

9. Litigating this case will quickly use up what little funds are available to Messrs. Harisiadis and Sukru. Notably, Plaintiff is seeking attorneys' fees in this case, and litigation would only increase the damages the Plaintiff seeks while reducing the limited funds from which Plaintiff could recover.

10. By staying litigation, all parties' attorneys' fees will be kept to a

780669\1\12624\35814

minimum, and more money will be available for a settlement. The alternative – continuing litigation – will only use up very limited settlement funds.

  WHEREFORE, Defendants Nicholas Harisiadis and Errol Sukru respectfully request this Court refer this case to Magistrate Judge Denlow for a settlement conference and stay further litigation pending the settlement conference.

              Respectfully submitted,

              Nicholas Harisiadis and
              Errol Sukru

              By:___s/ Sanjay Shivpuri_____
                One of their attorneys

Sanjay Shivpuri
Chuhak & Tecson, P.C.
30 South Wacker Drive, Suite 2600
Chicago, Illinois 60606
(312) 444-9300
Facsimile (312) 444-9027
sshivpuri@chuhak.com