IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EVERGREEN INTERNATIONAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08-cv-2350 |
| | ) | |
| v. | ) | Judge Shadur |
| | ) | |
| NICHOLAS HARISIADIS and ERROL SUKRU, | ) ) | Magistrate Judge Denlow |
| | ) | |
| Defendants. | ) | |

RE-NOTICE OF MOTION

Please take notice that on Thursday, July 24, 2008 at 9:15 a.m. the undersigned shall appear before Judge Shadur in Courtroom 2303 at 219 South Dearborn Street, Chicago, Illinois and shall present *Defendants' Motion to Refer Case to Magistrate for Settlement Conference and to Stay Litigation Pending Settlement Conference*, a copy of which is served upon you.

          Respectfully submitted,

          Nicholas Harisiadis and
          Errol Sukru

          By:___s/ Sanjay Shivpuri_____
              One of their attorneys

Sanjay Shivpuri
Chuhak & Tecson, P.C.
30 South Wacker Drive, Suite 2600
Chicago, Illinois 60606
(312) 444-9300
Facsimile (312) 444-9027
sshivpuri@chuhak.com

2

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on July 10, 2008 a copy of the foregoing Notice and document referred to above were filed electronically. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                      ___s/ Sanjay Shivpuri___

780803\1\12624\35814