UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **EVERGREEN INTERNATIONAL, INC.,**<br><br>Plaintiff,<br><br>vs.<br><br>**NICHOLAS HARISIADIS, et al.,**<br><br>Defendants. | Case No.: 08 C 2350<br><br><br><br>Date: July 24, 2008<br>Time: 9:15 a.m.<br>Judge: Milton I. Shadur |

**NOTICE OF JOINDER OF DEFENDANTS' MOTION TO REFER CASE TO MAGISTRATE FOR SETTLEMENT CONFERENCE & TO STAY LITIGATION PENDING SETTLEMENT CONFERENCE**

PLEASE TAKE NOTICE that Plaintiff, Evergreen International, Inc., joins in Defendants' Motion to Refer Case to Magistrate for Settlement Conference & to Stay Litigation Pending Settlement Conference.

Respectfully submitted on this 18th day of July, 2008.

        **MEUERS LAW FIRM, P.L.**

        By:    /s/ Steven M. De Falco
            Steven M. De Falco, Esq.
            Ill. Bar No. 6281265/
            Fla. Bar No. 0733571
            5395 Park Central Court
            Naples, FL 34109
            Telephone: (239) 513-9191
            Facsimile: (239) 513-9677
            sdefalco@meuerslawfirm.com

        Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing was served upon all counsel of record via the Court's ECF system on Friday, July 18, 2008.

 /s/Steven M. De Falco  
Steven M. De Falco
