UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Evergreen International, Inc., et al.
                              Plaintiff,
v.                                              Case No.: 1:08−cv−02350
                                                Honorable Milton I. Shadur
Nicholas Harisiadis, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 21, 2008:

   MINUTE entry before the Honorable Milton I. Shadur:Motion to stay litigation and refer action for settlement [23] is granted. This action is referred to Magistrate Denlow for a settlement conference.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.