UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Evergreen International, Inc., et al.
                              Plaintiff,

v.                                               Case No.: 1:08−cv−02350
                                                           Honorable Milton I. Shadur

Nicholas Harisiadis, et al.
                              Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

     Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Morton Denlow for the purpose of holding proceedings related to: settlement conference.(srn, )Mailed notice.

Dated: July 21, 2008

                                                                                      /s/ Milton I. Shadur

                                                                                 United States District Judge