**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Evergreen International, Inc., et al.
                                 Plaintiff,

v.                                             Case No.: 1:08−cv−02350
                                                      Honorable Milton I. Shadur

Nicholas Harisiadis, et al.
                                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 12, 2008:

      MINUTE entry before the Honorable Morton Denlow: The parties having represented that they have reached an agreement in principle and they will present a dismissal order to Judge Shadur, the referral of this action having been resolved, the case is returned to the assigned judge.Case no longer referred to Honorable Morton Denlow. Status hearing set for 8/19/08 is stricken.Mailed notice(dmk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.