**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **EVERGREEN INTERNATIONAL, INC.,** | **CASE NO.:  08-CV-2350** |
| **Plaintiff,** | |
| **vs.** | **JUDGE MILTON I. SHADUR** |
| **NICHOLAS HARISIADIS, et al.,** | |
| **Defendants.** | |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that the parties to this action have reached a settlement of the lawsuit.  The parties are in the process of drafting the settlement documents and anticipate the documents will be filed within the next two weeks.

Respectfully submitted on this 12th day of August, 2008.

**MEUERS LAW FIRM, P.L.**

By:  /s/ Steven M. De Falco
Steven M. De Falco, Esq.
Ill. Bar No. 6281265/
Fla. Bar No. 0733571
5395 Park Central Court
Naples, FL   34109
Telephone: (239) 513-9191
Facsimile: (239) 513-9677
sdefalco@meuerslawfirm.com

Attorneys for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was served upon all counsel of record via the Court's ECF system on Tuesday, August 12, 2008.

 /s/Steven M. De Falco
Steven M. De Falco